No. 483. Antonio Roig Sucrs., S. En C., *v.* Sugar Board of Puerto Rico. C. A. 1st Cir. Certiorari denied. *James R. Beverley* and *Francisco Castro-Amy* for petitioner. *Jose Trias Monge,* Attorney General of Puerto Rico, and *Abe Fortas,* Special Assistant Attorney General, for respondent.

No. 488. Rosenfeld *v.* United States. C. A. 7th Cir. Certiorari denied. *William T. Fitzgerald* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 492. City and County of San Francisco *v.* National Distillers Products Corp. District Court of Appeal of California, First Appellate District. Certiorari denied. *Dion R. Holm* for petitioner. *Theodore R. Meyer* and *Hart H. Spiegel* for respondent.

No. 493. Harry Slatkin Builders, Inc., *v.* Commissioner of Internal Revenue. C. A. 6th Cir. Certiorari denied. *Fred W. Peel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *I. Henry Kutz* for respondent.

No. 497. Diesel Tanker A. C. Dodge, Inc., et al. *v.* J. M. Carras, Inc., et al. C. A. 2d Cir. Certiorari denied. *Christopher E. Heckman* for petitioners. *James Mansfield Estabrook* and *MacDonald Deming* for J. M. Carras, Inc., and *Abraham E. Freedman* for Elliott, respondents.

No. 498. Tallinna Laevaehisus (Tallinn Shipping Co.) et al. *v.* United States. Court of Claims.